# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERNABE SALES BAMACA,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES JANECKA, et al.,<br><br>        Respondents. | Case No. 5:26-cv-03343-AH-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>**A# 074-799-954** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). The objections period was eliminated. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted.

The Court ORDERS the following:

Respondents shall release Petitioner David Bernabe Sales Bamaca (A# 074-799-954) unless he is provided, within seven (7) days of this Order, an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a), at which the Government will bear the burden of proof by clear and convincing evidence.

DATED:  JULY 9, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2