JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERNABE SALES BAMACA,<br><br>                    Petitioner,<br><br>        v.<br><br>JAMES JANECKA, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-03343-AH-PD<br><br>**JUDGMENT**<br><br>**A# 074-799-954** |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is granted.

    The Clerk of the Court is directed to close this case.


DATED:  JULY 9, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE